**STATE of Missouri, Respondent,**

v.

**Terry R. COX, Appellant.**

**No. WD 45361.**

Missouri Court of Appeals,
Western District.

Aug. 4, 1992.

Bruce D. Enlow, Asst. Public Defender, St. Joseph, for appellant.

Daniel Kellogg, Asst. Pros. Atty., St. Joseph, for respondent.

Before LOWENSTEIN, C.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM:

Defendant appeals from conviction of third degree assault, after jury trial, claiming the court erred in denying his request to strike a venireman for cause.

The judgment of conviction is affirmed. Rule 30.25(b).